```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ADVANCED TECHNOLOGIES GROUP, :
INC., :
: 
         Plaintiff, :
: 25-CV-06650 (VEC)
         -against- :
:
L3HARRIS TECHNOLOGIES, INC. F/K/A : ORDER
L3 TECHNOLOGIES, INC., :
:
:
         Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 12, 2025, Plaintiff filed this lawsuit, *see* Compl., Dkt.1;

WHEREAS the Complaint discusses how Northrop Grumman submitted a bid protest in connection with a government contract that Defendant allegedly won using Plaintiff's propriety information, resulting in the suspension of the contract and re-bidding; Plaintiff alleges that following Northrop Grumman's successful bid protest, Defendant lost its desire to team with Plaintiff on the project, *id.* ¶¶ 160–74; and

WHEREAS the Undersigned was until early 2014 a Deputy General Counsel and Vice President of Northrop Grumman and continues to own shares in the company;

IT IS HEREBY ORDERED that if any party believes that the Undersigned has a conflict of interest given the allegations in this case, *see* Compl. ¶¶ 160–74, the party must inform the Court by **Friday, August 29, 2025**.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order on Defendant and file proof of service by **Wednesday, August 20, 2025**.

**SO ORDERED.**

Date: **August 15, 2025**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**