UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED TECHNOLOGIES GROUP, INC.,

Plaintiff,

-against-

L3HARRIS TECHNOLOGIES, INC.,

Defendant.

25-CV-06650 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on August 24, 2026:

1. Plaintiff shall promptly answer the interrogatory seeking identification of its trade secrets, which Defendant contends should enable it to narrow the universe of "No Justak" documents. The parties shall meet and confer thereafter and shall advise the Court by letter whether Court intervention remains necessary.
2. The parties shall also meet and confer to identify categories into which the "No Justak" documents fall, so that if the parties do not reach agreement on the appropriate universe of "No Justak" documents, the Court can review in camera examples from each of the categories of "No Justak" documents.
3. The parties shall provide a joint status update by **August 31, 2026**.

DATED: August 25, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**