UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED TECHNOLOGIES GROUP, INC,

Plaintiff,

-against-

L3HARRIS TECHNOLOGIES, INC.,

Defendant.

25-CV-06650 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Pending before the Court is the application by Defendant to permit it to maintain certain previously produced documents as attorneys'-eyes-only ("AEO"). (ECF 73.) Plaintiff opposes the application. (ECF 75.) Defendant selected examples of five categories of non-public design work by its third-party subcontractor, CFD Research ("CFDR"), to submit to the Court in connection with its application to maintain the remaining AEO-designated documents – (1) design detail, (2) cameo data, (3) test procedures and reporting, (4) schedule, and (5) RFP responses. I held oral argument on September 29, 2026. This order addresses only categories three through five; I will issue a separate order addressing categories one and two.

The parties are ORDERED to engage in a good faith meet and confer process to discuss (a) whether they can agree to a proposed amendment to the protective order that would permit designation of portions of documents as AEO, which would permit production of unredacted versions of documents to be designated AEO and redacted versions to be designated confidential; and (b) whether they can agree to the AEO status of any unredacted versions of documents falling within categories three, four, and five that can be produced

without the AEO designation in redacted form. By **October 6, 2026,** the parties shall submit a joint letter on the docket informing the Court of the results of the meet and confer process.

DATED: September 29, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**